STATE OF NORTH CAROLINA v. THOMAS ODELL CARSON

No. 7328SC782

(Filed 12 December 1973)

ON *certiorari* to review trial before *Harry C. Martin, Judge,* 27 November 1972 Session of Superior Court held in BUNCOMBE, County.

Defendant was charged in three bills of indictment with assault with intent to kill inflicting serious injury, armed robbery and kidnapping. The cases were consolidated for trial. Defendant pleaded not guilty to all charges.

The State's evidence tended to show that the defendant and another man entered a grocery store on Biltmore Avenue in the city of Asheville about 7:30 p.m. on 30 July 1972, threatened the employee, Goldie Dotson, with a sawed-off shotgun,

and took $386.41 from Mrs. Dotson and the grocery store. On the outside of the store as they were leaving, they met Roy Lee Burrill and forced him at gunpoint to accompany them in his truck. Burrill testified that defendant was holding the gun, put it in his ribs, and ordered him into the truck. After Burrill got inside the truck, defendant opened the door and shot him through the left leg below the kneecap. Both men got in the truck with Burrill with the other person driving and defendant sitting in the front to the right of Burrill. They proceeded at a high rate of speed up Biltmore Avenue to the junction with Victoria Road where they collided with an iron post and wrecked the truck. Defendant and the other man ran, leaving the injured Burrill in the truck. Defendant was discovered by police shortly thereafter and arrested after a chase into the woods. He was identified by Mrs. Dotson about an hour after the robbery. Mrs. Dotson, Mr. Burrill, and other witnesses identified defendant at the trial.

The defendant testified in his own behalf that he had himself been robbed by the other man who was unknown to him and had been forced to participate in the robbery and the kidnapping of Burrill and that the other man shot Burrill.

The jury found defendant guilty of armed robbery, kidnapping, and assault with a deadly weapon inflicting serious injury. From judgment based thereon, the defendant filed notice of appeal. This Court subsequently granted petition for certiorari to perfect the appeal.

*Attorney General Morgan, by Special Counsel Ralph Moody, for the State.*

*William E. Anderson for defendant appellant*

BALEY, Judge.

Both counsel for the defendant and for the State have examined the exceptions contained in the record and are unable to find any prejudicial error.

We have also given careful examination to the record and conclude that defendant had a fair trial. The charges against him were properly consolidated for trial as the acts constituting the offenses were connected as a continuing transaction. *See* G.S. 15-152. The State's evidence was strong and convincing and amply sufficient to support the guilty verdicts. The charge

of the court was impartial and comprehensive. Sentences imposed upon conviction were within statutory limits.

`No error.

Judges HEDRICK and VAUGHN concur.